# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CLAYTON A. LEWIS,

                Plaintiff(s),

vs.

CAESARS ENTERTAINMENT
CORPORATION, et al.,

                Defendant(s).

Case No. 2:16-cv-02787-JAD-NJK

ORDER

(Docket No. 21)

      Pending before the Court is a stipulation to stay discovery pending resolution of motions to dismiss filed by Defendant Caesars and Defendant Soto. Docket No. 21. Although the stipulation seeks a complete stay of discovery, Defendant Yang did not move to dismiss and instead filed an answer. *See* Docket No. 1-5. Courts generally do not permit a blanket stay of discovery applicable to all parties in such circumstances. *See, e.g.*, *White v. Am. Tobacco*, 125 F.R.D. 508, 509 (D. Nev. 1989). Having failed to explain sufficiently why a case-wide stay of discovery is appropriate here, the stipulation is **DENIED** without prejudice. Any renewed stipulation shall explain why the Court should depart from *White* or shall be limited to requesting a stay of only discovery involving Defendant Caesars and Defendant Soto.

      IT IS SO ORDERED.

      DATED: January 18, 2017

                                    _____

                                      NANCY J. KOPPE
                                      United States Magistrate Judge