# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAYTON A. LEWIS, et al., | Case No.: 2:16-cv-02787-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION, et al., | |
| Defendant(s). | |

Due to conflicting duties of the Court, the settlement conference set in this case is hereby **ADVANCED** to 9:30 a.m. on August 8, 2018. Settlement statements shall be submitted by 3:00 p.m. on August 1, 2018. All other requirements in the order at Docket No. 57 continue to govern.

IT IS SO ORDERED.

Dated: June 27, 2018

_____
Nancy J. Koppe
United States Magistrate Judge