# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLAYTON A. LEWIS, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:16-cv-02787-JAD-NJK<br><br>**Order** |

Pending before the Court are two orders to show cause. Docket No. 62, 64. Defendant's counsel filed a preliminary response identifying health problems. Docket No. 67. Based on the representations made therein, the Court **DEFERS** ruling on the orders to show cause. Defendant shall file a full response (supported by declaration) by September 14, 2018.

The Court **INSTRUCTS** the Clerk's Office to seal Docket No. 67 because it contains personal identifiers. *See* Local Rule IC 6-1. Defendant shall file a properly redacted version of that filing by September 14, 2018.

Lastly, the undersigned has conferred with United States District Judge Jennifer A. Dorsey and, based on the representations made by Defendant's counsel, the Court **VACATES** the trial date of September 11, 2018. No later than September 14, 2018, counsel shall file a stipulation providing alternative dates on which they are available for trial.

IT IS SO ORDERED.

Dated: August 16, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1