# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLAYTON A. LEWIS, et al., | Case No.: 2:16-cv-02787-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court are two orders to show cause. Docket No. 62, 64. Defendant's counsel has filed responses thereto. Docket Nos. 67, 70. The Court **ORDERS** Defendant's counsel to file, by September 20, 2018, Exhibits A, B and C that were referenced in the latest response but not attached thereto. *See* Docket No. 70 at 2. The Court also **SETS** a show cause hearing for 3:00 p.m. on September 25, 2018, in Courtroom 3B.[1]

Lastly, the Court ordered Defendant to file, by September 14, 2018, a redacted version of the filing at Docket No. 67. *See* Docket No. 68. Defendant failed to do so. The Court **ORDERS** Defendant to file, by September 20, 2018, a properly redacted version of Docket No. 67.

IT IS SO ORDERED.

Dated: September 17, 2018

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court has not yet decided whether to reschedule the settlement conference. To the extent the Court decides to do so, counsel shall bring their calendars to the show cause hearing so that a new date can be set on which all required participants can appear.

1