# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Clayton A. Lewis, et al., <br> Plaintiffs <br> v. <br> Caesars Entertainment Corporation, et al., <br> Defendants | Case No.: 2:16-cv-02787-JAD-NJK <br><br> **Order Adopting <br> Report & Recommendation, <br> Directing the Entry of Final Judgment, <br> and Closing Case** <br><br> [ECF No. 85] |

In a 22-page report and recommendation evaluating whether sanctions are warranted against sole-remaining Defendant Bingli Yang and her counsel, Aaron Aquino, Esq., for continued violations of the court's orders, Magistrate Judge Nancy J. Koppe recommends that I enter default judgment against Yang for $81,319 in compensatory damages, $162,638 in punitive damages, and $2,564 in attorney's fees.[1] The deadline to object to that report and recommendation was April 25, 2019, and no party has filed an objection or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that the Report and Recommendation **[ECF No. 85] is ADOPTED in full**;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk of Court is directed to **ENTER FINAL JUDGMENT against Defendant Bingli L. Yang** in the amount of

---

[1] ECF No. 85.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

$81,319 in compensatory damages, $162,638 in punitive damages, and $2,564 in attorney's fees, for a total default judgment against Yang **of $246,521**, and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 30, 2019