# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Clayton A. Lewis, et al.,

                   Plaintiffs,

    v.

Caesars Entertainment Corporation, et al.,

                   Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02787-JAD-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered against Defendant Bingli L. Yang in the amount of $81,319 in compensatory damages, $162,638 in punitive damages, and $2,564 in attorney's fees, for a total default judgment against Yang of $246,521.

May 1, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk